UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CHRISTINA GARCIA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:17-CV-00258 |
| | § | |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES TEXAS, LLC | § | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff Christina Garcia hereby moves for leave to file an amended complaint as follows:

### I.   INTRODUCTION

1.1   Plaintiff filed suit against Defendants for injuries and damages she suffered as a result of an incident which occurred on June 9, 2015 in Nueces County, Texas.

1.2   On July 25, 2017 this lawsuit was removed to Federal Court.

1.3   The Court issued a Scheduling Order on October 5, 2017. Pursuant to the Scheduling Order, the deadline for parties to amend pleadings was January 19, 2018.

1.4   On January 12, 2018, the parties filed a Joint Motion to Extend Scheduling Order Deadlines, specifically requesting the deadline to amend pleadings be extended for ninety (90) days. The Court granted the motion and the new deadline to amend pleadings is April 19, 2018.

1.5   The parties continue to work diligently to meet the Scheduling Order deadlines imposed by the Court.

## II.  ARGUMENTS

2.1  Pursuant to the Federal Rules of Civil Procedure, after an answer has been filed, a party may amend its pleading by leave of court, and leave to amend should be freely given when justice so requires.  Fed. R. Civ. P. 15(a)(2).  In the absence of undue prejudice to the opposing party by virtue of allowance of the amendment, the leave sought should, as the rules require, be "freely given." *Engstrom v. First Nat'l Bank*, 47 F.3d 1459, 1464 (5th Cir. 1995) (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)). See also *Lowrey v. Tex. A&M Univ. Sys.,* 117 F.3d 242, 245-46 (5th Cir. 1997) and *Rolf v. City of San Antonio*, 77 F.3d 823, 828 (5th Cir. 1996).

2.2  The Court should allow the filing of Plaintiff's Amended Complaint.  The amendment provides further clarification of Plaintiff's claims and granting leave to amend will not unduly prejudice Defendants.  See *Lowrey, 117 F.3d at 245-46* (amendment merely stated alternative theories for recovery on same facts, so amendment should have been allowed).

## CONCLUSION

WHEREFORE PREMISES CONSIDERED, Plaintiff respectfully request the Court grant her Unopposed Motion for Leave to File Plaintiff's Amended Complaint (attached hereto).

Respectfully submitted,

**HERRMAN & HERRMAN, PLLC**
The Herrman Building
1201 Third Street
Corpus Christi, Texas 78401
Telephone: (361) 883-7705
Telecopier: (361) 883-7957
Email: jhopkins@herrmanandherrman.com

By:  _____*/s/ Josh W. Hopkins*_____
Josh W. Hopkins
State Bar No.  00787714

Federal Bar No. 17618

E-Service Email: litigation@herrmanandherrman.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this the 19th day of April 2018, to all counsel as follows:

*Via E-Service to the following:*
Adelita Cavada
DAW & RAY, LLP
14100 San Pedro Ave., Ste. 302
San Antonio, TX 78232
Email: acavada@dawray.com

**Attorneys for Defendant Wal-Mart Stores, Inc. and Wal-Mart Stores Texas, LLC**

_____/s/ Josh W. Hopkins_____
Josh W. Hopkins