United States District Court
Southern District of Texas
**ENTERED**
September 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CHRISTINA GARCIA, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:17-CV-258 |
| § | |
| WAL-MART STORES, INC., *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

On August 31, 2018, the parties filed a Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 39. The Stipulation is signed by Plaintiff's counsel and by Defendants' counsel. *Id.* at 2. A stipulation of dismissal "is effective upon filing and does not require the approval of the court." *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 461 (5th Cir. 2010) (quoting *Ramming v. Natural Gas Pipeline Co. of Am.*, 390 F.3d 366, 369 n. 1 (5th Cir. 2004)).

Because the above-captioned case has been dismissed with prejudice, the Court **VACATES** all settings and deadlines in the above-captioned case and **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 6th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge